UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDMOND BORIS SHELL,

    Plaintiff,

v.                                                           Case No: 8:17-cv-2108-T-30AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 17). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is REVERSED AND REMANDED.

3. The Clerk is directed to enter Final Judgment in favor of Plaintiff consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of May, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record